In the Matter of the Application of the CITY OF NEW YORK, Respondent, for a Determination of the Manner in Which East 238th Street Shall Be Carried across Tracks of the NEW YORK AND HARLEM RAILROAD COMPANY, Appellant.

NEW YORK CENTRAL RAILROAD COMPANY et al., Appellants; PUBLIC SERVICE COMMISSION FOR FIRST DISTRICT, Respondent.

*Matter of City of New York (East 238th St.),* 184 App. Div. 896, affirmed.

(Submitted November 12, 1918; decided November 26, 1918.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the first judicial department, entered May 31, 1918, which affirmed a determination of the public service commission for the first district directing that, under section 90 of the Railroad Law, East Two Hundred and Thirty-eighth street should cross above the grade of the railroad tracks and directing construction of a bridge for that purpose. The railroads contended that the commission, under the circumstances, had no right to fasten upon the railroad companies any part of the expense of constructing the bridge; that the commission had failed to determine the height, length, material, etc., of the bridge and the approaches as required by law, and that the commission should have determined the apportionment of expense as between the parties, the city of New York and the state.

*George H. Walker* and *Alexander S. Lyman* for New York and Harlem Railroad Company et al., appellants.

*Charles M. Sheafe, Jr.*, for New York, New Haven and Hartford Railroad Company, appellant.

*William P. Burr*, Corporation Counsel (*John P. O'Brien* and *Vincent Victory* of counsel), for City of New York, respondent.

*William L. Ransom* and *Harry M. Chamberlain* for Public Service Commission, respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CUDDE-BACK, HOGAN, McLAUGHLIN and CRANE, JJ.